# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SAMUEL CRAIG, as Personal Representative of the Estate of ROSSCO CRAIG, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CORECIVIC, INC., a foreign for-profit business Corporation, & CASE MANAGER DOE,<br>Defendant. | Case No. CIV-21-183-JAR |

### FOURTH AMENDED SCHEDULING ORDER

Having discussed with counsel their need for adequate discovery time, the complexity of the legal issues involved herein, and their caseloads, the court enters the following agreed upon Scheduling Order:

1. **N/A** — Joinder of **Additional Parties or Amendments** to the Pleadings

2. **Expert Reports** Filed: *See Rules 16 and 26 Federal Rules of Civil Procedure*
   - 3/10/2023 — Plaintiff Expert Report(s)
   - 3/17/2023 — Defendant Expert Report(s)
   - 3/31/2023 — Any rebuttal Expert Report(s)

3. 3/6/2023 — Exchange and File **Preliminary Witness List and Exhibit List**

4. 4/3/2023 — Exchange and File **Final Witness List and Exhibit List**

5. 5/2/2023 — **Discovery** Completed

6. 5/16/2023 — All **Dispositive Motions** Filed

7. 6/1/2023 — **Motions in Limine** Filed

8. 6/12/2023 — Exchange All **Trial Exhibits** including Demonstrative Exhibits and **Requested Jury Instructions**

9. 6/12/2023 — **Agreed Pretrial Order** Submitted *(Judge Robertson's form with instructions are available on the Court's website at www.oked.uscourts.gov )*

10. 6/12/2023 — **Agreed Jury Instructions and Proposed Voir Dire, Proposed Findings of Fact and Conclusions of Law (Non-Jury), Disputed Jury Instructions (Included in Trial Brief) and Trial Briefs** Filed

11. 6/1/2023 — **Deposition Designations. (See Local Civil Rule 30.1(c))**

12. 6/8/2023 — **Counter-Designations and objections thereto (See Local Civil Rule 30.1(c))**

13. 7/6/2023 — **PRETRIAL CONFERENCE AT 10:00 A.M.**

14.    <u>8/16/2023</u>    **TRIAL DATE: [X] JURY at 9:30 a.m.     [  ] NON-JURY at 9:30 a.m.**

15.    <u>5-6 Days</u>    ESTIMATED TRIAL TIME.

16.    Additionally Ordered _____

**THE PARTIES SHALL FILE A JOINT STATUS DISCOVERY REPORT ON OR BEFORE <u>March 31, 2023</u> WITH THE FOLLOWING INFORMATION: 1. THE DATE WRITTEN DISCOVERY WAS ISSUED BY EACH PARTY; 2. THE DATE WRITTEN DISCOVERY WAS RESPONDED TO BY EACH PARTY; 3. THE NUMBER OF DOCUMENTS PROVIDED IN DISCOVERY BY EACH PARTY; 4. THE NAMES AND DATES OF WITNESSES WHO HAVE BEEN DEPOSED; 5. THE NAMES OF ALL WITNESSES THAT REMAIN TO BE DEPOSED PRIOR TO THE DISCOVERY CUT OFF; 6. A LIST OF ANY SUBPOENAS ISSUED BY EACH PARTY AND THE NUMBER OF DOCUMENTS OBTAINED AS A RESULT OF THAT SUBPOENA; 7. ANY DISCOVERY ISSUES THAT SHOULD BE BROUGHT TO THE COURT'S ATTENTION AT THIS TIME.**

**IT IS THE FURTHER ORDER OF THE COURT** that the parties comply with the disclosure requirement and attendant deadlines established by Federal Rule Civil Procedure 26, unless otherwise modified by this order.

**IT IS THE FURTHER ORDER OF THE COURT** that all cases scheduled for jury trial will be set for a settlement conference before a District Judge or Magistrate Judge.

**IT IS THE FURTHER ORDER OF THE COURT** that all parties are bound by this order, that no date will be changed except by written order of this court for good cause shown, and sanctions will be imposed for failure to comply with the directives of this order.

**IT IS SO ORDERED** this 2nd day of February, 2023.

_____
JASON A. ROBERTSON
United States Magistrate Judge
Eastern District of Oklahoma