# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) SAMUEL CRAIG, as Personal Representative of the Estate of ROSSCO CRAIG, deceased,<br><br>Plaintiff,<br><br>v.<br><br>(1) CORECIVIC, INC., a foreign for-profit business corporation,<br>(2) CASE MANAGER DOE,<br><br>Defendant. | Case No.: 21-CV-183-JAR |

## PLAINTIFF'S COUNTER-DESIGNATIONS
## OF DEPOSITION TESTIMONY (EILEEN CRAIG)

COMES NOW Plaintiff Samuel Craig ("Plaintiff" or "Dr. Craig"), as the Personal Representative of the Estate of Rossco Craig ("Mr. Craig"), deceased, and respectfully submits the following counter-designations of deposition testimony of Eileen Craig -- re: Dkt. #70 -- for trial in the above-entitled action.

**Eileen Craig**

   **Page: Line(s)**

   19:12-20
   29:4-23
   30:2-22
   37:1-2, 15-25
   38:1-25
   39:1-3
   40:7-25
   41:1-2
   47:25
   48:1-2, 7-20
   49:11-25
   50:1-3
   54:3-21
   57:22-24

1

Respectfully Submitted,

s/Robert M. Blakemore
Daniel E. Smolen, OBA #19943
danielsmolen@ssrok.com
Robert M. Blakemore, OBA #18656
bobblakemore@ssrok.com
Bryon D. Helm, OBA #33003
bryonhelm@ssrok.com
**Smolen & Roytman**
701 South Cincinnati Avenue
Tulsa, OK 74119
Phone:  (918) 585-2667
Fax:  (918) 585-2669

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of October 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.

/s/ Robert M. Blakemore

2