IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA
OKLAHOMA COUNTY

FILED IN DISTRICT COURT

THE STATE OF OKLAHOMA,
                    PLAINTIFF,        )
VS.                                   )    JUN 2 2 2018    CASE NUMBER CF- 16 - 199
Rosco Emery Craig                     )    RICK WARREN
                    DEFENDANT         )    COURT CLERK
                                  10 _____)

### ORDER REVOKING SUSPENDED SENTENCE

On this __21__ day of __June__, __2018__, the defendant appears with counsel before this Court on the State's Application to Revoke Suspended Sentence. After reviewing the evidence presented, the Court finds the following:

On the __17__ day of __March__, __2016__, said defendant was sentenced to the crime of:

Count 1: __Assault w/ intent to commit A Fely__ and received: __5__ year(s) all suspended or _____ years with the first __2__ to serve ( __2__ in __3__ out);

Count 2: _____ and received: _____ year(s) all suspended or _____ years with the first _____ to serve ( ____ in ____ out);

Count 3: _____ and received: _____ year(s) all suspended or _____ years with the first _____ to serve ( ____ in ____ out);

Count 4: _____ and received: _____ year(s) all suspended or _____ years with the first _____ to serve ( ____ in ____ out).

THE DEFENDANT: PLED GUILTY / STIPULATED / CONFESSED / WAS FOUND GUILTY AS TO THE STATE'S APPLICATION.

THE DEFENDANT HAS COMMITTED THE FOLLOWING VIOLATIONS OF THE TERMS OF THE SENTENCE:

X committed a new crime of: CF-18-1631 Failure to Comply w/ Sex Off Reg. Act
in case number CF-18-1631 in OK County, State of OK.

**FAILED TO COMPLETE:**
____ community service
____ pay probation fees
____ pay court costs, fines and/or VCA
____ pay restitution
____ report and/or report change of address
____ leaving the State
____ ADAP, VIP, SOS, CHANCE FOR CHANGE (please circle one) OTHER: _____

____ GED
____ weekend incarceration
____ illegally possessing C.D.S.
____ OTHER: _____

THEREFORE, IT IS ORDERED BY THE COURT that the defendant's suspended sentence shall be:

X REVOKED IN FULL ✓
    OR
____ REVOKED IN PART as to the first _____

THIS SENTENCE(S) IS ORDERED TO RUN:
C/C or C/S (circle one) with __CF-16-199 CF-18-1631__
                                        Case Number(s)

RECEIVED
JUL 1 8 2018
LARC Intake

with the recommendation of _____ treatment program.

_____        _____
ATTORNEY FOR DEFENDANT            DEFENDANT

_____        _____
ASSISTANT DISTRICT ATTORNEY       JUDGE OF THE DISTRICT COURT

White - Court          Yellow - DA          Pink - Defendant

PLAINTIFF'S
EXHIBIT
12